UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSS CAMPBELL,

                              Petitioner,                          25 civ 6001 (JGK)

        -against-                                                  **MEMORANDUM AND ORDER**

MARK MILLER,

                              Respondent.
------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

        The District Attorney for Bronx County shall answer or move with respect to the petition

for habeas corpus within sixty (60) days from the date of receipt of this order.

        The District Attorney shall submit transcripts of all proceedings, any briefs submitted on

appeal and the record in any state post-conviction proceedings.

        The petitioner's time to reply to the District Attorney's response shall be thirty (30) days

after the receipt of the District Attorney's response.

**SO ORDERED.**

                                                    _____
                                                    **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 11, 2025