UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

ROSS CAMPBELL,

                    Plaintiff,              25-cv-6001 (JGK)

        - against -                         ORDER

MARK MILLER,

                    Defendant.
―――――――――――――――――――――――――――


JOHN G. KOELTL, District Judge:

    The petitioner's time to file a reply is extended to **July 14, 2026.**

    The Clerk is respectfully requested to mail a copy of this Order to the Petitioner and to note mailing on the docket.


SO ORDERED.
Dated:    New York, New York
          May 5, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge