UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS CAMPBELL,

Petitioner,

- against -

MARK MILLER,

Respondent.

25-cv-6001 (JGK)

Order

**John G. Koeltl, District Judge:**

The petitioner's request to extend the time to reply is **granted**. The time to file a reply in support of the petition is extended to **August 13, 2026**.

The Clerk is requested to mail a copy of this Order to the petitioner and to note the mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
July 9, 2026

John G. Koeltl
United States District Judge