UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS CAMPBELL,

Plaintiff,

- against -

MARK MILLER,

Defendant.

25-cv-6001 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court received the attached letter and submission from the petitioner, which it now forwards to the respondent.

The petitioner's request for an extension of the time to reply is **granted.** The petitioner may file an amended reply in support of his petition for writ of habeas corpus by **September 25, 2026.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the petitioner and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
September 15, 2026

John G. Koeltl
United States District Judge

ROSS CAMPBELL
Green Haven Correctional Facility
594 Route 216
Stormville, New York 12582

September 9, 2026

Attn: Hon. John G. Koeltl, U.S.D.J.
c/o
CLERK OF COURT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

CAMPBELL v. MILLER,
25-cv-6001 (JGK)

Your Honor:

I hope that this letter finds you well. My purpose for writing is to inform the Court that I just received your Order dated August 25, 2026, Granting Petitioner permission to file an amended Reply by September 4, 2026.

The envelope is postmarked September 1, 2026, and according to the Legal Mail Log Book it arrived at the facility on September 4, 2026. And, today September 9, 2026 I was called to sign for it.

Your Honor, I therefore request that I be allowed to file the corrected and amended Reply by September 25, 2026.

Thank you in advance for your time, energy, and understanding regarding this matter. With all good wishes,

Respectfully submitted,

Ross Campbell

Ross Campbell,
Petitioner, pro se

MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain

Message-Id:<35302497@nysd.uscourts.gov>
Subject:Activity in Case 1:25-cv-06001-JGK Campbell v. Miller Order
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court
Southern District of New York

Notice of Electronic Filing
The following transaction was entered on 8/26/2026 11:09 AM EDT and filed on 8/25/2026

Case Name: Campbell v. Miller

Case Number: 1:25-cv-06001-JGK https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?646194

Filer:

Document Number: 22

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127140222718?caseid=646194&de_seq_num=83&magic_num=MAGIC

Docket Text:
ORDER: The petitioner may file an amended reply by September 4, 2026. The clerk is respectfully requested to mail a copy of this Order to the petitioner and to note mailing on the docket. SO ORDERED. (Signed by Judge John G. Koeltl on 8/25/2026) ( Replies due by 9/4/2026.) (ks)

1:25-cv-06001-JGK Notice has been electronically mailed to:
David M. Cohn cohnda@bronxda.nyc.gov
Christopher Patrick Marinelli marinellich@bronxda.nyc.gov

1:25-cv-06001-JGK Notice has been delivered by other means to:
Ross Campbell
DIN: 10A5644
Green Haven Correctional Facility
P.O Box 4000
Stormville, NY 12582-0010

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=8/26/2026] [FileNumber=35302496-0] [6e3a8694fbd857c56c2370ad97123e494d5506a2190294470a55980ab9b0b3c1921713a7d4b10c9f42b3a0dbf444cced7ee1b11bc6a1414c21621043e4b0776f]]

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

PRO SE OFFICE

NEW YORK NY 100
1 SEP 2026 PM 9

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/01/2026 ZIP 10007
043M31233301

US POSTAGE

5-02-009

Rcvd
9/9/26
@ 16:05

12582-400000